ALLSTATE HOME EQUIPMENT CO., Inc.,
a corporation, Appellant,

v.

Richard A. LEWIS and Mattie Florence
Lewis, Appellees.

No. 2957.

Municipal Court of Appeals for the
District of Columbia.

Argued April 16, 1962.

Decided June 14, 1962.

Bernard D. Lipton, Washington, D. C.,
for appellant.

Joseph D. Malloy, Washington, D. C., for
appellees.

Before HOOD, Chief Judge, QUINN,
Associate Judge, and MYERS, Associate
Judge of The Municipal Court for the District of Columbia, sitting by designation.

PER CURIAM.

Appellant sued for the balance due on the sale of certain merchandise. Appellees counterclaimed for the sum they had already paid on account of the purchase. The trial court denied appellant's claim and granted appellees' counterclaim.

Appellant argues that it was denied the right to a fair and impartial trial. The record, which appellant says is neither accurate nor complete, is binding on this court and does not sustain appellant's contention.

Affirmed.